# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SUNNI NOBLE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Case No. 16-316-JPG-PMF** |
| ) | |
| **LIEUTENANT MCALLISTER, et al.,** ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court are proposed orders filed by plaintiff Sunni Noble, considered as motions for a preliminary injunction (Doc. Nos. 14, 15).

The law governing the issuance of a preliminary injunction was discussed in the April 5, 2016, Order and is not repeated here. The conduct described in these motions does not pertain to the claims brought in this case against these defendants. The motions do not suggest that Noble is likely to succeed on the merits, that he is likely to suffer irreparable harm, that the balance of equities tips in his favor, or that an injunction would serve the public interest. The Court is satisfied that the public interest would be served if Noble first presents new concerns regarding the conditions of his confinement to prison officials using the administrative remedy procedure.

IT IS RECOMMENDED that the motions for a preliminary injunction (Doc. No. 14, 15) be DENIED.

SUBMITTED:  **May 17, 2016** .

                                              s/Philip M. Frazier
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**